

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-08-00003-CV

_____

CLAUDINE MILES, Appellant

V.

GARY MCDONALD, Appellee

On Appeal from the 276th Judicial District Court
Marion County, Texas
Trial Court No. 0700214

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Claudine Miles, appellant, has filed with this Court a motion to dismiss her pending appeal in this matter pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). The motion is signed by the appellant, who is representing herself pro se.

We grant the appellant's motion and dismiss the appeal.


Jack Carter
Justice

Date Submitted:     February 5, 2008
Date Decided:       February 6, 2008